Bankruptcy Case No. 20–11219–BFK

Adversary Proceeding Case No. 20–01056–BFK

# CERTIFICATE OF SERVICE

I, __Kendi Kiogora__ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __9/1/2020__ (date) by: __Kendi Kiogora__

☐ **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☒ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

Ryan Avery Stephens & Sidney Zoe Stephens
6462 Gristmill Square lane
Centreville, VA 20120

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave #200
Mclean, VA 22101

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __9/1/20__       Signature

Print Name: __Kendi Kiogora__

Business Address: __1550 S. Blue Island ave #705 Chicago IL 60608__

029276    33508029305048