## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| RYAN AVERY STEPHENS and ) | Case No. 20-11219-BFK |
| SIDNEY ZOE STEPHENS, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| _____) | |
| ) | |
| KENDI KIOGORA, ) | Adversary Proceeding |
| ) | No. 20-01056-BFK |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RYAN AVERY STEPHENS and ) | |
| SIDNEY ZOE STEPHENS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### ORDER CONTINUING HEARING

On March 30, 2021, the Court held a hearing on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint. Docket No. 39. Kendi Kiogora, *pro se* Plaintiff, and Daniel M. Press, counsel for the Defendants, appeared remotely for the hearing. For the reasons stated on the record, it is

**ORDERED:**

1. The hearing on the Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Docket No. 39) is continued to **Tuesday, April 27, 2021 at 9:30 a.m.**

2. Defendants must email Defendants' Motion to Dismiss to Plaintiff at: chicagosalespro@gmail.com.

1

3. Plaintiff must submit a written response to Defendants' Motion to Dismiss by mail and email to dpress@chung-press.com and file this response with the Court by **Tuesday, April 20, 2021.**

4. The parties must appear via video conference for this hearing through the Court's Zoom for Government (ZoomGov) program. Parties must e-mail a completed registration request form (available at https://www.vaeb.uscourts.gov/wordpress/?wpfb_dl=871) to EDVABK-ZOOM-Judge_Kenney@vaeb.uscourts.gov in accordance with Judge Kenney's procedures for appearing by ZoomGov. This program requires pre-registration that should be completed two (2) business days prior to the hearing date.

5. The Clerk shall mail copies of this Order, or provide electronic notice of its entry, to the parties below.

Date: Mar 31 2021

Alexandria, Virginia

/s/ Brian F Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: March 31, 2021

Copies to:

Kendi Kiogora
1660 S Albany Ave
Chicago, IL 60623
*Pro se Plaintiff*

Daniel M. Press, Esquire
6718 Whittier Ave., Suite 200
McLean, VA 22101
*Counsel for Defendants*